IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEANA BERRIOS,

    Plaintiff,

v.

EQUIFAX, LLC,

    Defendant.

CIVIL ACTION NO.
1:25-cv-03811-SDG-RDC

## ORDER

The parties have settled their dispute. (Doc. 14). They are **ORDERED** to file appropriate dismissal documents within **60 DAYS** of this Order. In the meantime, the undersigned **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE**[1] this case and to terminate the referral.

IT IS SO **ORDERED** on this 29th day of September 2025.

_R. Cannon_
REGINA D. CANNON
United States Magistrate Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The procedure will not prejudice the parties' rights, and they may file a motion to re-open if settlement fails.